UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FAZIO,<br><br>　　　　　Defendant. | Case No.: 1: 23-cv-0928 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 8) |

Alexander Flores seeks to hold the defendants liable for violations of his civil rights during his incarceration at the California Correctional Institution in Tehachapi, California. (*See* Doc. 1-2.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 6 at 3-6.) The Court provided the relevant legal standards and granted Plaintiff an opportunity to file an amended complaint. (*See id.* at 6-7.) The Court informed Plaintiff that he could notify the Court that he wished to "stand on his complaint," although the claims were subject to dismissal. (*Id.* at 7.) Finally, the Court warned Plaintiff that the failure to comply with the order could result in dismissal. (*Id.*)

After Plaintiff failed to file an amended complaint or otherwise respond to the Court, the magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the order. (Doc. 8 at 1-2.) The magistrate judge found terminating sanctions—including dismissal of the action without prejudice—were appropriate, after considering the factors identified by the Ninth Circuit. (*Id.*

1

at 2-3.)  The Court served these Findings and Recommendations on all parties and notified Plaintiff at that any objections were due within 30 days.  (*Id.* at 4.)  The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 4, 2024 (Doc. 8) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 19, 2024**                                    _____
                                                                             UNITED STATES DISTRICT JUDGE